UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CHOREO, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN LORS, AARON SCHOMER, JOLEEN SCHEER, LINDSEY ONEIL, in their individual capacity, and ATOMI FINANCIAL GROUP, INC., d/b/a COMPOUND PLANNING<br><br>    Defendants. | Case No. 4:25-cv-00077-SMR-SBJ<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Please withdraw the appearances of Nicholas J. Mauro, Danielle A. Dunne, James E. Heavey, and Michael C. Ward, and substitute their appearance with the appearances of the undersigned counsel, Jesse Linebaugh, John W. Ursu, Josh Peterson, and Bryan Washburn, Faegre Drinker Biddle & Reath LLP, on behalf of defendants Atomi Financial Group, Inc., d/b/a Compound Planning, Kevin Lors, Aaron Schomer, Joleen Scheer, and Lindsey O'Neil in the above-captioned matter.

Dated: March 21, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

_____
Jesse Linebaugh (Iowa Atty #AT0004744)
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
Facsimile: (515) 248-9010
Email: *jesse.linebaugh@faegredrinker.com*

John W. Ursu (MN Atty #32257X) (Pro Hac Vice forthcoming)
Josh Peterson (MN Atty #0397319) (Pro Hac Vice forthcoming)
Bryan Washburn (MN Atty #0397733) (Pro Hac Vice

forthcoming)

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email: *john.ursu@faegredrinker.com*
Email: *josh.peterson@faegredrinker.com*
Email: *bryan.washburn@faegredrinker.com*

*Attorneys for Defendants, Atomi Financial Group, Inc., d/b/a Compound Planning, Kevin Lors, Aaron Schomer, Joleen Scheer, and Lindsey O'Neil*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2025, I electronically filed this document with the Clerk of Court using the ECF System.

                                                        /s/ Jesse Linebaugh
                                                    Jesse Linebaugh (Iowa Atty #AT0004744)
                                                    801 Grand Avenue, 33rd Floor
                                                    Des Moines, Iowa 50309
                                                    Telephone: (515) 248-9000
                                                    Facsimile: (515) 248-9010
                                                    Email: *jesse.linebaugh@faegredrinker.com*