UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CHOREO, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br> vs. <br><br> KEVIN LORS, AARON SCHOMER, JOLEEN SCHEER, LINDSEY ONEIL, in their individual capacity, and ATOMI FINANCIAL GROUP, INC., d/b/a COMPOUND PLANNING <br><br> Defendants. | Case No. 4:25-cv-00077-SMR-SBJ <br><br> **MOTION TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE that, in accordance with (i) correspondence received from the Court's Case Manager dated March 24, 2025 requiring the undersigned to file this Motion to Withdraw, and (ii) the motion to substitute attorneys [ECF No. 28] and appearances of replacement counsel [ECF Nos. 32, 33, 34], the undersigned hereby respectfully moves this Court for an order relieving Danielle Dunne as counsel for defendant Atomi Financial Group, Inc. d/b/a Compound Planning.

Dated: March 31, 2025

                                           Respectfully Submitted by:

                                           **CARNEY & APPLEBY P.L.C.**

                                           /s/ Danielle A. Dunne
                                           Danielle A. Dunne AT0015704
                                           303 Locust St. Suite 400
                                           Des Moines, Iowa 50309
                                           Telephone: (515) 282-6803
                                           Facsimile: (515) 282-4700
                                           Email: dunne@carneyappleby.com
                                           **ATTORNEY FOR DEFENDANT**

Original filed.

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, I electronically filed this document with the Clerk of Court using the ECF System, and further emailed copies of the same to the following:

Randall Aremntrout
rdarment@nyemaster.com

Dana Hempy
dhempy@nyemaster.com

Alex Weinstein
Aweinstein@vedderprice.com

Allison Czerniak
aczerniak@vedderprice.com

Ellen Hemminger
ehemminger@vedderprice.com

Jesse Linebaugh
jesse.linebaugh@faegredrinker.com

Lynda Dennis
Lynda.dennis@faegredrinker.com


**Carney & Appleby Law Firm**

By:  /s/ Danielle Dunne
400 Homestead Building
303 Locust Street
Des Moines, IA 50309
515-282-6803
515-282-4700 (fax)